FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

APR 11 2018

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VALENTINA KAPCHITS on behalf of herself
and all other similarly situated consumers

                Plaintiff,

-against-

CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES

                Defendant.

---

Case No.

1:18-cv-00344-KAM-SMG

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       April 10, 2018

                                        /s/ Maxim Maximov
                                        Maxim Maximov, Esq.
                                        Maxim Maximov, LLP
                                        Attorney for the Plaintiff
                                        1701 Avenue P
                                        Brooklyn, New York 11229
                                        Office: (718) 395-3459
                                        Facsimile: (718) 408-9570
                                        E-mail: m@maximovlaw.com

/s/ KAM

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
April 10, 2018

-1-